

# Fourth Court of Appeals
## San Antonio, Texas

July 26, 2017

No. 04-17-00104-CR

Dustin Lee **OSBORNE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR9229B
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Appellant's brief was due on July 27, 2017. On July 24, 2017, appellant's appointed counsel, Mr. Dean Diachin, filed a motion stating the reporter's record filed by Ms. Debbie Doolittle is incomplete because the record does not include certain exhibits. Counsel asks this court to order Ms. Doolittle to file a supplemental reporter's record and to reset the due date for appellant's brief. The motion is GRANTED.

Ms. Doolittle is hereby ORDERED to file a supplemental reporter's record that contains all six of the exhibits admitted during the hearing on appellant's motion for new trial no later than August 4, 2017.

Mr. Diachin is ORDERED to file appellant's brief no later than thirty days after the supplemental reporter's record is filed. Further requests for an extension of time in which to file appellant's brief will be disfavored.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of July, 2017.



_____
Luz Estrada
Chief Deputy Clerk